IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANCES SNOW<br>c/o Estate of Jonnie M. Sickels<br>5611 N. Capital Street, NE<br>Washington, D.C. 20011-2339<br><br>*Individually and on Behalf of a Class of Persons Similarly Situated*<br><br>*Plaintiffs*,<br><br>v.<br><br>CALIBER HOME LOANS, INC.<br>The Corporation Trust Incorporated<br>351 West Camden Street<br>Baltimore, MD 21202<br><br>US BANK N.A.<br>The Corporation Trust Incorporated<br>Renee Dyson, Esq.<br>P.O. Box 2548<br>Leesburg, VA 20177<br><br>*Defendants.* | Civil Action No. _____<br>Removed from D.C. Superior Court<br>(Case No. 2017 CA 006145 B) |

## NOTICE OF REMOVAL

Defendant Caliber Home Loans, Inc. ("Caliber") and Defendant U.S. Bank, N.A.[1] ("U.S. Bank" together, the "Removing Defendants") by and through undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1441, and 1446(a), hereby file this Notice of Removal, removing this civil action from the Superior Court of the District of Columbia, Civil Division, to the United States

---

[1] It appears that Plaintiff intended to sue U.S. Bank, N.A. as Trustee for the LSF9 Master Participation Trust. The Removing Defendants file this Notice of Removal on behalf of U.S. Bank, N.A. as Trustee for the LSF9 Master Participation Trust as well.

District Court for the District of Columbia. In support of this Notice of Removal, the Removing Defendants state as follows:

## I.  FACTS AND PROCEEDINGS

1. On September 6, 2017, Plaintiff Frances Snow ("Plaintiff"), *pro se*, filed a Complaint and Jury Trial Demand ("Complaint") against the Removing Defendants in the Superior Court of the District of Columbia ("State Court Action") based on events related to 5611 N. Capital Street, N.E., Washington, D.C. 20011 (the "Property"). *See generally* Compl.

2. Plaintiff's Complaint alleges that Removing Defendants committed various statutory and tort violations in the course servicing of a loan secured by the Property which is the subject a separate foreclosure proceeding in the Superior Court of the District of Columbia. *See generally* Compl. Based on these allegations, Plaintiff pleaded two causes of action. In Count I, Plaintiff alleges that Caliber violated the Fair Debt Collection Practices Act ("FDCPA") by overshadowing Plaintiff's right to dispute the debt and by contacting her directly while she allegedly had counsel. *See* Compl. ¶¶ 32-36. In Count II, Plaintiff claims that U.S. Bank violated the Truth in Lending Act ("TILA") by allegedly failing to notify her of a transfer of the loan. Plaintiff further alleges that Caliber violated TILA by allegedly failing to send her monthly mortgage statements. *See* Compl. ¶¶ 37-41. Based on these causes of action, Plaintiff seeks compensatory, statutory damages and attorneys' fees. *See* Compl., ¶¶ 36, 42.

3. A copy of the Summons and Complaint was delivered to Caliber on September 20, 2017. Plaintiff has not filed returns of service in the State Court Action. Upon information and belief, U.S. Bank has not yet been served with a copy of the Complaint. The Removing Defendants reserve all rights to challenge sufficiency of service and process. Accordingly, this

removal is timely because it is filed within 30 days of service of the Summons and Complaint upon the first-served defendant in this action. *See* 28 U.S.C. § 1446(b).

4. In compliance with 28 U.S.C. § 1446(a), a copy of all "process, pleadings, and orders" received by Caliber[2] is attached as **Exhibit A**.

5. In accordance with 28 U.S.C. § 1446(d), the Removing Defendants will promptly file a copy of this Notice of Removal with the Clerk of the District of Columbia Superior Court. A copy of the Notice of the Notice of Removal is attached hereto as **Exhibit B**.

6. In accordance with 28 U.S.C. § 1446(d), the Removing Defendants have also given written notice to Plaintiff by contemporaneously serving this Notice of Removal on Plaintiff.

## II.   JURISDICTION AND VENUE

7. Removal of this case is proper under 28 U.S.C. § 1441(a), which provides, in pertinent part, that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

8. As required by 28 U.S.C. § 1441(a), Removing Defendants have removed this case to the United States District Court for the District of Columbia, which is the District Court embracing the place where the State Court Action is pending. Accordingly, venue lies in this Court.

---

[2] At the time of filing of this Notice of Removal, counsel is only in possession of the process, pleadings, and orders served on Caliber.

3

### Federal Question Jurisdiction

9. This Court has original jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1441(b). Specifically, this Court has original jurisdiction of this action because Plaintiff states claims arising out of TILA and the FDCPA. *See* Compl., ¶¶ 32-42. As such, this action is properly removable under 28 U.S.C. § 1441. *See Grable & Sons Metal Prods., Inc. v. Darue Eng'g & Mfg.*, 545 U.S. 308, 315, 125 S. Ct. 2363, 2368 (2005) (federal jurisdiction exists where federal statute is essential element of plaintiff's claim).

### III.   CONCLUSION

For the foregoing reasons, the Removing Defendants respectfully request that this action be, and is hereby, removed to this Court, that this Court assume jurisdiction of this action, and that this Court enter such other and further orders as may be necessary to accomplish the requested removal and promote the ends of justice.

Dated: October 20, 2017                          Respectfully Submitted,

McGuireWoods LLP

_____
Peter J. Duhig (D.C. Bar No. 1045725)
7 St. Paul St, Suite 1000
Baltimore, MD 21202
410-659-4400
410-659-4599
pduhig@mcguirewoods.com

Elizabeth A. Hutson (D.C. Bar No. 1024845)
2001 K Street, NW Suite 400
Washington, DC 20002
202-857-1729
202-828-2990
ehutson@mcguirewoods.com

*Attorneys for Caliber Home Loans, Inc. and U.S. Bank, N.A.*

**CERTIFICATE OF SERVICE**

I certify that on the 20th day of October, 2017, I caused copies of the foregoing to be sent via U.S. mail, postage-prepaid, to the following:

Frances Snow
c/o Estate of Jonnie M. Sickels
5611 N. Capital Street, NE
Washington, DC 20011-2339

US Bank N.A.
Rene Dyson, Esq.
P.O. Box 2548
Leesburg, VA 20177


_____
Peter J. Duhig (D.C. Bar No. 1045725)
7 St. Paul St, Suite 1000
Baltimore, MD 21202
410-659-4400
410-659-4599
pduhig@mcguirewoods.com

Elizabeth A. Hutson (D.C. Bar No. 1024845)
2001 K Street, NW Suite 400
Washington, DC 20002
202-857-1729
202-828-2990
ehutson@mcguirewoods.com


*Attorneys for Caliber Home Loans, Inc. and U.S. Bank, N.A.*

5